**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 4:05cr692 SNL (DDN) |
| | ) | |
| **MICHAEL A. WHITE,** | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Having received no objections by the defendant, Michael A. White,

**IT IS HEREBY ORDERED** that United States Magistrate Judge David D. Noce Report and Recommendation (#17), filed February 16, 2006, is **SUSTAINED, ADOPTED** and **INCORPORATED** herein.

**IT IS FURTHER ORDERED** that Defendant's Motion to Suppress Statements (#13) and Motion to Suppress Evidence (#14) are **DENIED**.

Dated this 6th day of March, 2006.

_____
SENIOR UNITED STATES DISTRICT JUDGE